# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

**JACOB RAY RIVERA,** :

    **Plaintiff** : **CIVIL ACTION NO. 3:13-1399**

**v.** : **(JUDGE MANNION)**

**PA DIEBERT, et al.,** :

    **Defendant** :

## O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report of Judge Schwab, **(Doc. 41)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** defendant Diebert's motion to dismiss the plaintiff's complaint, **(Doc. 36)**, is **GRANTED** with respect to the plaintiff's Eighth Amendment claims and **DENIED** with respect to the failure to exhaust argument;

**(3)** the Corrections Defendants' motion to dismiss the plaintiff's complaint, **(Doc. 29)**, is **GRANTED**; and

**(4)** the instant action is **REMANDED** to Judge Schwab for further proceedings.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: September 12, 2016**
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-1399-01-ORDER.wpd